**RECEIVED**
**SEP 18 2025**
**HUMAN RESOURCES**

Darla,

Enclosed you will find screenshots of two Facebook accounts of current EFSC employees. These screenshots show vile and disgraceful comments made by these individuals regarding the heartless assassination of Charlie Kirk. The comments, made publicly and with EFSC identified in their profiles, reflect poorly on the College and it's leadership and are unacceptable.

Such behavior raises serious concerns about the professionalism and judgement of employees representing EFSC. We urge you to address this matter promptly. If no action is taken, it will appear that this type of conduct is tolerated at the College, which could damage EFSC's reputation.

We trust that EFSC holds itself to a higher standard then the disgusting comments of Erika Santos and Shauna Thomas and hope this situation is resolved promptly. If not, this will go much higher than you and Dr. Richey. We hope that the College is not as deplorable as these two individuals.



RECEIVED
SEP 1 8 2025
HUMAN RESOURCES

# Erika Santos

**804** friends • **8** mutual

Stay Young || Stay Humble 👍



  Friends    💬 Message

Posts    Photos    Reels

## Details

🌐 she/her

💼 Works at **Eastern Florida State College**

💝 Married to **Kin Santos Jr.**

⋯ See Erika's About Info



+ 4

**Featured**

## Friends

     

Home    Reels    Friends    Marketplace    Notifications    Menu

12:05　　　　　　　　　　5G

&lt;　Q  shauna thomas

All　People　Groups　Events　Pages

RECEIVED
SEP 18 2025
HUMAN RESOURCES

**People**　　　　　　　　　　See all


**Shauna Thomas**
Eastern Florida State College · Lives in Titusville,...


**Shauna Thomas**


**Shauna Thomas**


**Shauna Thomas**


**Shauna Thomas · Follow**
Blogger · 500 followers · York Haven, Pennsylvania


**Shauna Thomas**
1d

My heart is disgusted with the state of this country rn. I don't know anything about this Kirk guy. I don't follow politics closely but reading the comments people are making about his assassination is disgusting. Wtf is wrong with people that think just...

👍 61


**Shauna Thomas**
4h

RECEIVED
SEP 18 2025
HUMAN RESOURCES

10:05

<     **Erika Santos**     ···   Q

**Posts**    **Photos**    **Reels**

 **Erika Santos**
4h ·

Ten toes down 👇 feel free to delete meeeeeee 💭

 **Feminist News** · Follow
5h · 🌐

Charlie Kirk, the anti-immigrant, anti-abortion, anti-women's rights, anti-anything- human-rights, very racist and islamophobic rightwing activist, Trump ally, and executive director of Turning Point USA, has died after being shot in the neck on Wednesday while speaking at a university campus event in Utah, President Trump has confirmed.



Let's make one thing clear from the start: Charlie Kirk was the victim of a shooting in a country where he, along with other right-wing extremist

Home    Reels    Friends    Marketplace    Notifications    Menu

10:05

 **Erika Santos**
4h

**Most relevant** ∨

RECEIVED
SEP 18 2025
HUMAN RESOURCES

 **Josh Torgusen**
Just know it's disgusting for you, as a parent, to have this posted. He was a father. A son. Just cause you don't agree doesn't mean this should happen. Hope you find Jesus cause man that's crazy.

4h   Like   Reply                                1

 **Erika Santos**
Josh Torgusen I completely agree - he was someone's family. And yes, I'm a parent.

However he's not my father, son, or brother. And I'm not his mother. So I don't know how finding Jesus helps here... 

4h   Like   Reply

 **Erika Santos**
Josh Torgusen and I never said it SHOULD happen. I'm simply saying he's not a hero or a martyr. He's a victim. Period.

4h   Like   Reply                                1

 **Erika Santos**
Josh Torgusen crazy how you just assumed I was wishing ill on people 

4h   Like   Reply

 Write a reply...

 Write a comment...        

10:06

<        Erika Santos        ...   Q

Posts    Photos    Reels

 **Erika Santos**
5h ·

"If I had a 10-year-old daughter who was sexually assaulted and became pregnant as a result, I would force her to carry the pregnancy to term."
-Charlie Kirk

Imma just shut up now....

 **Worldstar Hip Hop** · Follow
6h ·

According to reports, Trump ally and conservative activist Charlie Kirk was shot at an event in Utah on Wednesday, a... See more



RECEIVED
SEP 18 2025
HUMAN RESOURCES

 Home     Reels     Friends     Marketplace     Notifications     Menu

10:06

**Erika Santos**
5h

RECEIVED
SEP 18 2025
HUMAN RESOURCES

**Shauna Thomas**
Anyways, thoughts and prayers. Or whatever.



"I can't stand the word empathy, actually. I think empathy is a made up, new age term, and it does a lot of damage."
—Charlie Kirk

3h   Like   Reply                    1 ♡

**Erika Santos**
Shauna Thomas ayyyyyyy. Coming in HOT with this one.

3h   Like   Reply

**Shauna Thomas**
Erika Santos it's almost like his words are coming back to haunt him and I love that for him

3h   Like   Reply                    1 ♡

**Erika Santos**
Shauna Thomas it really is some crazy irony. It's very telling about the vibes one puts out into the world.

3h   Like   Reply

View 1 more reply...

Write a comment...

10:06

**Erika Santos**
5h

HOT with this one.

3h  Like  Reply

**Shauna Thomas**
Erika Santos it's almost like his words are coming back to haunt him and I love that for him

3h  Like  Reply                1 ♡

**Erika Santos**
Shauna Thomas it really is some crazy irony. It's very telling about the vibes one puts out into the world.

3h  Like  Reply

**Shauna Thomas**
Erika Santos YESSSSS which is why I'm very careful about the energy I put into the universe. Karma is real and it's not hard to just be a good damn person

2h  Like  Reply                1 ♡

Write a reply...

**Kristin Mazur**
Whether or not you agree with someone's views - that does not condone an assassination. He has young children and a wife. Nobody deserves to die like this. I'm disappointed that the comments from people on here are basically saying he deserved this. This was a horrific act of violence!!!

2h  Like  Reply                1 ♡

Write a comment...

RECEIVED
SEP 18 2025
HUMAN RESOURCES