

**Eastern Florida**
S T A T E   C O L L E G E

**President**
James H. Richey, J.D.

**Board of Trustees**
Ronald Howse, Chair
Dr. Edgar Figueroa, Vice Chair
R. Bruce Deardoff
Winston Scott

**Cocoa Campus**
1519 Clearlake Road
Cocoa, Florida 32922
321/632-1111
Fax: 321/433-7064

**Melbourne Campus**
3865 N. Wickham Road
Melbourne, Florida 32935
321/632-1111
Fax: 321/433-5618

**Palm Bay Campus**
250 Community College Pkwy.
Palm Bay, Florida 32909
321/632-1111
Fax: 321/433-5305

**Titusville Campus**
1311 North U.S. 1
Titusville, Florida 32796
321/632-1111
Fax: 321/433-5113

easternflorida.edu

September 18, 2025

Erika Santos

Dear Erika,

Effective immediately, you are suspended without pay pending investigation of your recent social media posts regarding Charlie Kirk.

Please turn in any EFSC property (i.e., ID Badge, Library Card, keys, etc.) to me.

Sincerely,

Darla Ferguson
Associate Vice President
Human Resources

