**OUTCOME OF INVESTIGATION**

Employee: Erika Santos (B00406875)

Re: Anonymous Letter/Social Media Postings

Date: October 15, 2025

On Thursday, September 18, 2025, the Human Resources office received an anonymous letter via U.S. Mail containing information about comments allegedly made by Shauna Thomas and Erika Santos on Facebook regarding Charlie Kirk. A copy of the anonymous letter is enclosed as <u>Exhibit 1</u>. Later that afternoon, I personally visited Santos in her office and notified Santos of her immediate suspension without pay pending investigation. A copy of the suspension letter is enclosed as <u>Exhibit 2</u>.

On Tuesday, September 23, 2025, I received a memo from Sgt. Ricky Carswell containing the findings of his background research (<u>Exhibit 3</u>). Later that day, I contacted Santos to schedule a meeting to discuss the situation, and we agreed to meet at 10:15 a.m. on Wednesday, September 24, 2025, in my office on the Cocoa campus.

On Wednesday, September 24, 2025, Santos and I met in my office for approximately 30 minutes. The college's Chief of Security, Joe Ambrose, was also present during the meeting.

On Wednesday, October 1, 2025, I sent Santos an email inviting her to provide any information relating to this investigation for consideration on or before 5:00 p.m. on Thursday, October 9. 2025. Attached to my email was a copy of the social media comments at issue. See <u>Exhibit 4</u>. Santos provided nothing in response to my invitation.

In addition, I reviewed the personnel file of Santos in HR.

Having objectively evaluated all available and relevant information, including the above-referenced exhibits, and having personally met Santos on multiple occasions, I am able to make the following findings of fact:

1. Santos has held the position of Grant Accountant since February 10, 2025. <u>Exhibit 5</u> contains Santos' job description.

2. Santos previously worked for the college in various positions from July 2019 through January 2023.

3. During our meeting on Wednesday, September 24, 2025, Santos admitted to posting the comments contained in the anonymous letter on Facebook. When asked the reason for posting the comments, Santos stated that she didn't like the rhetoric coming out of his mouth, referring to Charlie Kirk. Santos was asked to explain her "ten toes down" comment, and Santos said it can mean standing firm. Santos also mentioned the killing of children in Palestine.

1

4. Santos' Facebook profile indicates that Santos works at Eastern Florida State College.

5. The anonymous letter contains the following comment by Santos:

    ***Ten toes down (shrug emoji) feel free to delete meeeeeee (ok hand emoji)***

    Santos' comment was related to an article from <u>Feminist News</u> with the caption:

    > Charlie Kirk, the anti-immigrant, anti-abortion, anti-women's rights, anti-anything-human-rights, very racist and islamophobic rightwing activist, Trump ally, and executive director of Turning Point USA, has died after being shot in the neck on Wednesday while speaking at a university campus event in Utah, President Trump has confirmed.

    During the meeting on Wednesday, September 24, 2025, Santos stated that "ten toes down" was a reference to standing firm. However, if that was truly Santos' intent, then why did Santos place a shrug emoji after the comment, and then invite people to delete her? That simply doesn't make sense. Santos' explanation is unpersuasive, and it is more likely that "ten toes down" in this context was condoning if not celebrating Charlie Kirk's death. This interpretation is bolstered by Josh Torgusen, someone apparently on Facebook who saw and interpreted the "ten toes down" comment similarly, and wrote the following comment in response:

    > Just know that it's disgusting for you, as a parent, to have this posted. He was a father. A son. Just cause you don't agree doesn't mean this should happen. Hope you find Jesus cause man that's crazy.

6. The anonymous letter contains a Facebook exchange between Thomas and Santos, where Thomas posted a picture of Charlie Kirk containing the following Charlie Kirk quote:

    > *I can't stand the word empathy, actually. I think empathy is a made up, new age term, and it does a lot of damage.*

    Above the picture of Charlie Kirk containing his empathy quote, Thomas wrote:

    > *Anyways, thoughts and prayers. Or whatever.*

    To the right of the picture of Charlie Kirk and his empathy quote is the number 1 and a heart symbol. It is believed that Santos is the person who "hearted" Thomas' post.

    Thereafter, Santos posted:

    > ***ayyyyyyy. Coming in HOT with this one.***

2

Then Thomas posted:

> *it's almost like his words are coming back to haunt him and I love that for him*

To the right of Thomas' post is the number 1 and a heart symbol. Again, it is believed that Santos is the person who "hearted" Thomas' post.

Thereafter, Santos posted:

> *it really is some crazy irony. It's very telling about the vibes one puts out into the world.*

Then Thomas posted:

> *YESSSSS which is why I'm very careful about the energy I put into the universe. Karma is real and it's not hard to just be a good damn person*

To the right of Thomas' post is the number 1 and a heart symbol, and again, it is believed that Santos is the person who "hearted" Thomas' post.

The heart symbol next to each of Thomas' posts suggests that Santos agreed with the content of Thomas' posts, which condoned, if not celebrated, Charlie Kirk's death. This interpretation is bolstered by Kristin Mazur, someone apparently on Facebook who saw and interpreted the above comments similarly, and wrote the following comment in response:

> Whether or not you agree with someone's views – that does not condone an assassination. He has young children and a wife. Nobody deserves to die like this. I'm disappointed that the comments from people on here are basically saying he deserved this. This was a horrific act of violence!!!

7. The envelope containing the anonymous letter was addressed to:
   Darla Ferguson – HR
   1519 Clearlake Rd
   Cocoa, FL 32922

8. The salutation of the anonymous letter was simply "Darla."

9. The anonymous letter contained the following sentences:
   - *"We urge you to address this matter promptly."*
   - *"We trust that EFSC holds itself to a higher standard then the disgusting comments of Erika Santos and Shauna Thomas and hope this situation is resolved promptly."*
   - *"If not, this will go much higher than you or Dr. Richey."*
   - *"We hope that the College is not as deplorable as these two individuals."*

10. The envelope containing the anonymous letter was postmarked:
    ORLANDO FL 328
    16 SEP 2025 PM 4 L

3

11. Upon information and belief, "ORLANDO FL 328" denotes the United States Postal Service's local processing center for all mail originating from zip code prefixes 328, 329, and 347, which encompasses most of Brevard County, as well as parts of Orange, Osceola, and Indian River Counties.

12. Considering the above, the anonymous letter likely originated locally from one or more people having intimate knowledge of or familiarity with the college, possibly even other college employees and/or other employees in the Accounting Department.[1]

In conclusion, this investigation revealed that Erika Santos participated in the Facebook activity contained in the anonymous letter received by the Human Resources office on September 18, 2025, in which Santos appears to condone if not celebrate the death of Charlie Kirk.

Darla Ferguson
AVP, Human Resources

---

[1] Since September 18, 2025, Thomas and Santos have remained listed on the college's publicly available employee directory despite the fact they have not been at work due to their suspension. The college has received no follow up communication since receiving the anonymous letter on September 18, 2025, suggesting that the person(s) who sent the anonymous letter is aware that the college acted in response to the letter.

# EXHIBIT 1

32922-659819

Darla Ferguson - HR
1519 Clearlake Rd
Cocoa, FL 32922

ORLANDO FL 328

16 SEP 2025 PM 4 L



**RECEIVED**

SEP 18 2025

**HUMAN RESOURCES**

Darla,

Enclosed you will find screenshots of two Facebook accounts of current EFSC employees. These screenshots show vile and disgraceful comments made by these individuals regarding the heartless assassination of Charlie Kirk. The comments, made publicly and with EFSC identified in their profiles, reflect poorly on the College and it's leadership and are unacceptable.

Such behavior raises serious concerns about the professionalism and judgement of employees representing EFSC. We urge you to address this matter promptly. If no action is taken, it will appear that this type of conduct is tolerated at the College, which could damage EFSC's reputation.

We trust that EFSC holds itself to a higher standard then the disgusting comments of Erika Santos and Shauna Thomas and hope this situation is resolved promptly. If not, this will go much higher than you and Dr. Richey. We hope that the College is not as deplorable as these two individuals.



RECEIVED

SEP 1 8 2025

HUMAN RESOURCES

# Erika Santos

**804** friends • **8** mutual

Stay Young || Stay Humble 

**👤 Friends**   **💬 Message**   👉

Posts   Photos   Reels

## Details

🗨 she/her

💼 Works at **Eastern Florida State College**

💜 Married to **Kin Santos Jr.**

••• See Erika's About Info



**+ 4**

**Featured**

## Friends

               
Home     Reels     Friends   Marketplace   Notifications   Menu

12:05 📶📶🔋 •                         5G❙❙❙ 🔋

‹    🔍 shauna thomas                    ✕

RECEIVED
SEP 1 8 2025
HUMAN RESOURCES

All     People     Groups     Events     Pages

**People**                              See all

 **Shauna Thomas**
Eastern Florida State College · Lives in Titusville,...

 **Shauna Thomas**

 **Shauna Thomas**

 **Shauna Thomas**

 **Shauna Thomas · Follow**
Blogger · 500 followers · York Haven, Pennsylvania

 **Shauna Thomas**
1d

My heart is disgusted with the state of this country
rn. I don't know anything about this Kirk guy. I don't
follow politics closely but reading the comments
people are making about his assassination is
disgusting. Wtf is wrong with people that think just...

👍 61

 **Shauna Thomas**
4h

|||             ◯            ‹

10:05

< **Erika Santos** ··· Q

RECEIVED

SEP 18 2025

HUMAN RESOURCES

**Posts**   **Photos**   **Reels**

 **Erika Santos**
4h · 👥

Ten toes down 🙊 feel free to delete meeeeeee 🤏

 **Feminist News** · Follow
5h · 🌐

**Charlie Kirk, the anti-immigrant, anti-abortion, anti-women's rights, anti-anything- human-rights, very racist and islamophobic rightwing activist, Trump ally, and executive director of Turning Point USA, has died after being shot in the neck on Wednesday while speaking at a university campus event in Utah, President Trump has confirmed.**



Let's make one thing clear from the start: Charlie Kirk was the victim of a shooting in a country where he, along with other right-wing extremist

Home   Reels   Friends   Marketplace   Notifications   Menu

10:05

'RECEIVED

SEP 18 2025

HUMAN RESOURCES

 **Erika Santos**
4h · 

**Most relevant** ∨

 **Josh Torgusen**
Just know it's disgusting for you, as a parent, to have this posted. He was a father. A son. Just cause you don't agree doesn't mean this should happen. Hope you find Jesus cause man that's crazy.

4h    Like    Reply                    1 ☺

**Erika Santos**
Josh Torgusen I completely agree - he was someone's family. And yes, I'm a parent.

However he's not my father, son, or brother. And I'm not his mother. So I don't know how finding Jesus helps here... 

4h    Like    Reply

**Erika Santos**
Josh Torgusen and I never said it SHOULD happen. I'm simply saying he's not a hero or a martyr. He's a victim. Period.

4h    Like    Reply                    1 ☺

**Erika Santos**
Josh Torgusen crazy how you just assumed I was wishing ill on people 

4h    Like    Reply

 Write a reply...

 Write a comment...            

10:06

**Posts** **Photos** **Reels**

RECEIVED
SEP 18 2025
···
HUMAN RESOURCES

 **Erika Santos**
5h · 👥

"If I had a 10-year-old daughter who was sexually assaulted and became pregnant as a result, I would force her to carry the pregnancy to term."
-Charlie Kirk

Imma just shut up now....

 **Worldstar Hip Hop** ✪ · **Follow**
6h · 🌐

**According to reports, Trump ally and conservative activist Charlie Kirk was shot at an event in Utah on Wednesday, a... See more**



 Home     Reels     Friends     Marketplace     Notifications     Menu

10:06



**Erika Santos**
5h ·



RECEIVED

SEP 1 8 2025

HUMAN RESOURCES



**Shauna Thomas**
Anyways, thoughts and prayers. Or whatever.



"I can't stand the word empathy, actually. I think empathy is a made up, new age term, and it does a lot of damage."

3h    Like    Reply                    1 ♡



**Erika Santos**
Shauna Thomas ayyyyyyy. Coming in HOT with this one.

3h    Like    Reply



**Shauna Thomas**
Erika Santos it's almost like his words are coming back to haunt him and I love that for him

3h    Like    Reply                    1 ♡



**Erika Santos**
Shauna Thomas it really is some crazy irony. It's very telling about the vibes one puts out into the world.

3h    Like    Reply

**View 1 more reply...**

 Write a comment...      

**10:06**



**Erika Santos**
5h ·

...

RECEIVED

SEP 18 2025

HUMAN RESOURCES

HOT with this one.

3h   Like   Reply

 **Shauna Thomas**
Erika Santos it's almost like his words are coming back to haunt him and I love that for him

3h   Like   Reply                              1 💗

 **Erika Santos**
Shauna Thomas it really is some crazy irony. It's very telling about the vibes one puts out into the world.

3h   Like   Reply

 **Shauna Thomas**
Erika Santos YESSSSS which is why I'm very careful about the energy I put into the universe. Karma is real and it's not hard to just be a good damn person

2h   Like   Reply                              1 💗

 Write a reply...

 **Kristin Mazur**
Whether or not you agree with someone's views - that does not condone an assassination.  He has young children and a wife.  Nobody deserves to die like this.  I'm disappointed that the comments from people on here are basically saying he deserved this.  This was a horrific act of violence!!!

2h   Like   Reply                              1 💗

◎ Write a comment...                      

# EXHIBIT 2


**Eastern Florida**
STATE COLLEGE

**President**
James H. Richey, J.D.

**Board of Trustees**
Ronald Howse, Chair
Dr. Edgar Figueroa, Vice Chair
R. Bruce Deardoff
Winston Scott

**Cocoa Campus**
1519 Clearlake Road
Cocoa, Florida 32922
321/632-1111
Fax: 321/433-7064

**Melbourne Campus**
3865 N. Wickham Road
Melbourne, Florida 32935
321/632-1111
Fax: 321/433-5618

**Palm Bay Campus**
250 Community College Pkwy.
Palm Bay, Florida 32909
321/632-1111
Fax: 321/433-5305

**Titusville Campus**
1311 North U.S. 1
Titusville, Florida 32796
321/632-1111
Fax: 321/433-5113

easternflorida.edu

September 18, 2025

Erika Santos

Dear Erika,

Effective immediately, you are suspended without pay pending investigation of your recent social media posts regarding Charlie Kirk.

Please turn in any EFSC property (i.e., ID Badge, Library Card, keys, etc.) to me.

Sincerely,

Darla Ferguson
Associate Vice President
Human Resources



# EXHIBIT 3



**Eastern Florida**
STATE COLLEGE

*MEMO*

*09/23/2025*

*To: Darla Ferguson*

*From: Sgt. Ricky Carswell*

*Re: Social Media Post*

**SYNOPSIS**
*On Monday, September 22, 2025, I was provided with copies of a concerning social media post, which was indicated to have been allegedly published on Facebook. The copies were of a plain envelope addressed to Darla Ferguson, HR, 1519 Clearlake Rd, Cocoa, FL, 32922, with no return address, and posts marked 16 Sep 2025, Orlando, FL, a typed written letter, and social media post correspondence between Erika Santos and Shauna Thomas. The post's content was related to Charlie Kirk. In response, I was requested to investigate the profiles linked to these posts to validate the profiles and to gather additional information if possible.*

**Research Findings**

*After receiving the copies of the letter, it was alleged that the accompanying posts were made by two individuals who are employed by Eastern Florida State College. The letter, headed Darla, Indicated "Enclosed you will find screenshots of two Facebook accounts of current employees." In part, it indicated the posts were "vile and disgraceful", as they related to the "heartless assassination of Charlie Kirk". It also indicated that the profiles identified their association with EFSC.*

*Based on the information provided, I initiated a search of the referenced names, Shauna Thomas and Erika Santos, via the EFSC Banner system. My findings revealed that the individuals referred by name are current employees at Eastern Florida State College, specifically in the accounting department located on the Cocoa Campus.*

*Subsequently, I turned to Facebook to locate and verify the profiles that corresponded to the names and profile pictures provided. I was able to locate one of the profiles, Shauna Thomas, that appeared to match the profile picture. I was unable to find the specific post in question. This absence suggests that the post may have either been deleted or that it is set to be visible only to the individual's approved friends, which would restrict access to the content.*

*To verify the profile, I logged onto Facebook and initiated a search for Shauna Thomas. Several profiles appeared with this search. I examined each profile picture and located the profile picture that was provided in the copies I received. Under that profile picture, the name Shauna Thomas, Eastern Florida State College – Lives in Titusville, 3- followers appeared.*

*Upon clicking on the profile, it brings up the Facebook page with her profile picture, which again, matches the profile picture provided. To further verify the profile, I went to the "About" tab,*



*which indicated she lives in Titusville and is in a relationship with Kerry Parker. Upon reviewing her Banner Bio information, this information matched the information provided in Banner. Further confirming the profile is that of the EFSC employee, Shauna Thomas.*

*Again, I turned to Facebook to locate and verify the profiles that corresponded to the names and profile pictures provided. I was unable to locate the profile of Erika Santos.*
*I conducted a Google search of the name and association with EFSC and found the following.*
*, Erika Santos - Facebook*

*Erika Santos Stay Young || Stay Humble ⚓ □ Works at Eastern Florida State College □ Married to Kin Santos Jr. Photos.*
*However, when clicking on the Facebook link, I received the following:*

# This content isn't available right now

When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

*To assist in verifying the profile, I utilized the information provided in the Google search and the information provided in the copies of the media post. Both contain the same "tag line" Stay young // Stay humble with an emoji, and works at Eastern Florida State College.*
*For further verification, I utilized the EFSC Banner Bio section as well, which indicates the name of the Spouse, Kin Santos Jr, which corresponds to the Google search, and with copies of the Posts that I received.*

*Although there is no definitive indication of the date and time of the posting provided with the screenshots, the postal mark on the envelope indicates it was mailed on or around the 16th of September and received in HR on the 18th of September.*

*In addition to the Facebook social media platform, I conducted searches on Instagram and X (formerly known as Twitter), but was unsuccessful in identifying any profiles associated with the names or profiles provided.*

*CONCLUSION:*
*Based on the results of the investigative research and the preponderance of the evidence standard, there is sufficient evidence to conclude the following.*

- *Both Shauna Thamas and Erika Santos are current employees of Eastern Florida State College in the Accounting Department.*
- *Both Shauna Thomas and Erika Santos have/had accounts on the social media platform Facebook, and the profiles indicated an association with Eastern Florida State College*
- *Both Shauna Thomas and Erka Santos used that platform to correspond and post publicly, regarding their views on the death of Charlie Kirk.*
- *The posts and comments do appear to be disgraceful in that they give the appearance of condoning the assassination of Charlie Kirk*



I affirm that the information presented in this document is both truthful and precise. It is derived exclusively from the thorough findings of the investigation conducted, ensuring that all observations and conclusions are based on solid evidence. Furthermore, this document is devoid of any external influences, biases, or personal beliefs that could compromise its integrity. Each detail has been meticulously verified, reflecting an objective assessment of the situation.

*Sgt Ricky Carswell*

**Sgt. Ricky Carswell ID #3**

# EXHIBIT 4

**Ferguson, Darla**

| | |
|---|---|
| **From:** | Ferguson, Darla |
| **Sent:** | Wednesday, October 1, 2025 3:14 PM |
| **To:** | Erika Kelley |
| **Subject:** | Investigation |
| **Attachments:** | doc00274920251001134926.pdf |

Erika,

As part of the College's ongoing investigation regarding the social media postings as discussed with you on September 18, 2025, and again on September 24, 2025, this email acknowledges your recent requests for information from the Human Resources department, which to my knowledge have been fulfilled. If you believe otherwise, please let me know. In addition, to ensure you have a meaningful opportunity to be heard in this process, the College is providing you with the opportunity to offer any other relevant information for consideration. This opportunity will remain open until 5:00 p.m. on Thursday, October 9, 2025. Please direct any information to my attention. For your reference, attached is a copy of the social media postings at issue. If you have any questions, or need more time, please let me know.

Thank you,

Darla Ferguson
Associate Vice President
Human Resources
321-433-7080
fergusond@easternflorida.edu

1

# EXHIBIT 5

 **Eastern Florida** STATE COLLEGE

*C00759*

*2/25 —*

# JOB DESCRIPTION

**POSITION TITLE:** Grant Accountant

**REPORTS TO** Controller

**DEPARTMENT/DIVISION:** Accounting Office

| HR USE ONLY |
|---|
| GS RATING: |
| CLASSIFICATION: |

## POSITION SUMMARY:

This position is responsible for providing primary accounting functions for awarded federal, state, and private grants from award set-up through closeout while adhering to College, State and Federal policies. This position plays an important role in post-award compliance to ensure that budgets are not overspent, grant periods are adhered to, costs are allowable under the grant and accounting records are maintained in good order and for the required time.

## ESSENTIAL JOB FUNCTIONS (functions include, but are not limited to):

- Review and verify pre-award grant budgets for accuracy and compliance with grant funding agency and college requirements.
- Review award documents (agreement, budget, statement of work, and other contract and grant requirements) to ensure award setup is accurate and complete in Banner.
- Perform grant-related post-award functions, including award set up budget distributions, expense monitoring, periodic invoicing, and financial reporting.
- Prepare post-award financial reports for federal, state, and private funded grants as assigned by the supervisor.
- Perform grant closeout functions including reconciliations, final invoices, and final reporting.
- In conjunction with supervisor, assesses needs and aids in the resolution of matters in conjunction with principal investigator or department administrator.
- Assist with time and effort reporting system.  Monitor reporting to ensure records are complete and in compliance with applicable regulations.
- Maintain regular communications with department and communicates with fiscal contacts at funding source for problem resolution and information gathering.
- Maintain knowledge of current federal issues relating to grants and audits of state, local government and non-profit organizations; interprets OMB (Office of Management and Budget) Uniform Guidance for all sponsored awards.
- Assist in the completion of all aspects of the annual single audit report on federal awards.
- Cross-train with and serve as a backup for reconciliations.

## NON-ESSENTIAL FUNCTIONS/DUTIES (functions include but are not limited to):

- Assists with other Accounting functions as needed.
- Other duties as assigned by supervision

## QUALIFICATIONS:

- Associate's Degree from a regionally accredited institution in related field;
- Minimum of two years of business office/accounting experience or equivalent experience managing grants.
- Demonstrate experience and knowledge of state and federal regulations related to grants administration including OMB Uniform Guidance, Cost Accounting Standards, and major Federal funding agency guidelines preferred.
- Proficiency with desk top computers, spreadsheet software and common office equipment.
- Experience with Banner software a plus. Intermediate Excel experience preferred.
- Valid Florida Motor Vehicle Operator's license required.  For individuals unable to obtain a driver's license, a valid Florida ID is required. Employees and/ or volunteers unable to obtain a Florida driver's license, will not be allowed to drive any College vehicle, golf cart or any other motorized vehicle on college property.



**JOB DESCRIPTION**

- Ability to communicate, both orally and in writing.
- Ability to occasionally lift, push, pull, and/or move up to 40 lbs.
- Ability to sit and/or stand, bend, reach, and view a display screen for the duration of the shift.
- Ability to access, input, and retrieve information and/or data from a computer, for the duration of the shift.

This job description is not intended as an employment contract; however, it does indicate typical tasks and degree of difficulty. An employee may also be required to follow other instructions or perform other reasonable duties.  Listed job duties may be changed to modify current duties or to include new job duties; EFSC reserves the right to make any revisions that it deems necessary, without notice.

This fully executed job description becomes evidence of sufficient job requirement disclosure. Please sign and date this document as verification of acceptance.

_Erika Santos_
**Print Employee Name**

_[signature]_
**Employee Signature**

_2/10/25_
**Date**

_Nicole Van Der Wenden_
**Print Supervisor Name**

_[signature]_
**Supervisor Signature**

_2/10/25_
**Date**