

# Eastern Florida
## STATE COLLEGE

**President**
James H. Richey, J.D.

**Board of Trustees**
Ronald Howse, Chair
Dr. Edgar Figueroa, Vice Chair
R. Bruce Deardoff
Winston Scott

**Cocoa Campus**
1519 Clearlake Road
Cocoa, Florida 32922
321/632-1111
Fax: 321/433-7064

**Melbourne Campus**
3865 N. Wickham Road
Melbourne, Florida 32935
321/632-1111
Fax: 321/433-5618

**Palm Bay Campus**
250 Community College Pkwy.
Palm Bay, Florida 32909
321/632-1111
Fax: 321/433-5305

**Titusville Campus**
1311 North U.S. 1
Titusville, Florida 32796
321/632-1111
Fax: 321/433-5113

easternflorida.edu



VIA FIRST CLASS MAIL
AND EMAIL

October 16, 2025

Erika Santos

Re: Outcome of Investigation

Dear Erika Santos:

On September 18, 2025, Eastern Florida State College (EFSC) received information alleging that you made concerning comments on social media regarding the death of Charlie Kirk. This information was provided by an anonymous source. That same day, you were suspended without pay pending investigation into the matter. The investigation is now complete, and a copy of the investigation outcome is enclosed with this correspondence.

As an EFSC employee, you have First Amendment rights just like anyone else, provided the exercise of those rights does not impede EFSC's ability to effectively and efficiently execute its responsibilities as a public institution of higher education in Brevard County, Florida.

In this case, an anonymous person (or persons), likely from the local community, and likely with intimate knowledge or familiarity with EFSC (possibly even another EFSC employee), found the comments you made on social media to be *"vile and disgraceful."* The source emphasized that you worked for EFSC by highlighting your profile, and wrote, *"[t]he comments, made publicly and with EFSC identified in their profiles, reflect poorly on the College and its leadership and are unacceptable. Such behavior raises serious concerns about the professionalism and judgement of employees representing EFSC."*

The mission of EFSC is to engage our diverse population in quality, accessible, learning opportunities which successfully meet individual and

community needs.[1] To fulfill this mission, it is imperative that EFSC provide a nondiscriminatory environment which promotes equal access, equal educational opportunity and equal employment opportunity to all people regardless of political affiliation.[2]

The investigation revealed that your comments appeared to condone if not celebrate the death of Charlie Kirk. These comments, which you did not distinguish as your own, were repugnant, divisive, political in nature, and undermined public confidence[3] in EFSC's ability to provide an educational environment free from discrimination based on political affiliation. As such, your comments impeded EFSC's ability to fulfill its mission.[4]

In addition, to fulfill its mission, it is imperative that EFSC provide a safe learning and working environment, and it cannot be overlooked that Charlie Kirk's death was the result of a shooting on a college campus in Utah. In today's world, for an EFSC employee to condone or celebrate an act of gun violence occurring on a college campus anywhere in this country is simply unfathomable and further undermines public confidence in EFSC's ability to provide a safe learning and working environment, which again, impedes EFSC's ability to fulfill its mission. Considering the above, the Administration has determined that you are hereby terminated effective this date.

A liberty interest name clearing hearing may be requested by email to fergusond@easternflorida.edu within seven (7) days of this correspondence.

Sincerely,

*Darla Ferg*

Darla Ferguson
AVP, Human Resources

Enclosures

---

[1] EFSC Board Policy 100.1.
[2] EFSC Board Policy 400.1.
[3] It is possible the anonymous letter originated from another college employee(s), and in such case, the comments also impaired employee harmony and morale.
[4] See also EFSC Procedure 106.16 ("Sections of these guidelines pertaining to the permissible use of social media and permissible use of graphics, including EFSC logos and other branding, also apply to employees while using personal social media accounts outside of regular work hours, insofar as the use of social media may affect an individual's responsibility as a member of the Eastern Florida State College community. Violations may result in disciplinary or legal actions by the College").