# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ERIKA SANTOS,**

    **Plaintiff,**

v.                          Case No: 6:25-cv-2167-PGB-LHP

**RONALD HOWSE, EDGAR FIGUEROA, WINSTON SCOTT, BRUCE DEARDOFF, KRISTINE ZONKA and DARLA FERGUSON,**

    **Defendants.**

_____/

## ORDER TO SHOW CAUSE

    This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of November 13, 2025 directing counsel to file a Notice of Pendency of Other Actions and a Disclosure Statement.

    Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

    **DONE AND ORDERED** in Orlando, Florida on December 17, 2025.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties