**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ERIKA SANTOS,**

**Plaintiff,**

**v.** **Case No: 6:25-cv-02167-PGB-LHP**

**RONALD HOWSE, EDGAR FIGUEROA, WINSTON SCOTT, BRUCE DEARDOFF, KRISTINE ZONKA and DARLA FERGUSON,**

**Defendants.**
___________________________________/

**ORDER**

The Court has been advised that the above-styled action has been settled. (Doc. 35). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on October 22, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties