**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ERIKA SANTOS,**

**Plaintiff,**

**v.** **CASE NO. 6:25-cv-2167-PGB-LHP**

**RONALD HOWSE, EDGAR FIGUEROA, WINSTON SCOTT, BRUCE DEARDOFF, and KRISTINE ZONKA, in their official capacities, and DARLA FERGUSON, in her individual and official capacities,**

**Defendants.**
______________________________/

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, ERIKA SANTOS, and Defendants, RONALD HOWSE, EDGAR FIGUEROA, WINSTON SCOTT, BRUCE DEARDOFF, KRISTINE ZONKA and DARLA FERGUSON, in their official capacities, and DARLA FERGUSON, in her individual capacity (collectively, “Defendants”), by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice as to all claims against Defendants, with all Parties to bear their own costs and attorney’s fees.

***[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]***

November 17, 2026.

By: */s/ Ryan D. Barack*
Ryan D. Barack
Florida Bar No. 148430
Email: rbarack@employeerights.com
Telephone: 727-441-4947
Kwall Barack Nadeau PLLC
304 S. Belcher Road, Suite C
Clearwater, Florida 33765
*Attorneys for Plaintiff*

By: */s/ Mark E. Levitt*
Mark E. Levitt, Esquire
Florida Bar No. 193190
E-mail: mlevitt@fordharrison.com
Howard M. Waldman, Esquire
Florida Bar No. 1002881
Email: hwaldman@fordharrison.com
Telephone: 407-418-2300
Ford & Harrison LLP
300 S. Orange Ave., Suite 1300
Orlando, FL 32801
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 17, 2026 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF, which will provide an electronic copy to: Ryan D. Barack and Michelle Erin Nadeau at rbarack@employeerights.com, jackie@employeerights.com, and mnadeau@employeerights.com; Michelle Morton, Caroline A. McNamara, Samantha J. Past, and Daniel B. Tilley at mmorton@aclufl.org, cmcnamara@aclufl.org, spast@aclusfl.org, and dtilley@aclufl.org.

*/s/ Mark E. Levitt*
Attorney