**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ERIKA SANTOS,**

**Plaintiff,**

**v.** **Case No: 6:25-cv-02167-PGB-LHP**

**RONALD HOWSE, EDGAR FIGUEROA, WINSTON SCOTT, BRUCE DEARDOFF, KRISTINE ZONKA and DARLA FERGUSON,**

**Defendants.**
_____________________________/

**ORDER**

This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, filed November 17, 2026. (Doc. 40). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Ronald Howse, Edgar Figueroa, Winston Scott, Bruce Deardoff, Kristine Zonka and Darla Ferguson are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 19, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties